UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| HILARIO GARCIA, Plaintiff, | Case No. 1:26-cv-06885-BMC |
| v. | NOTICE OF APPEARANCE |
| Y AND E BENJYS LLC, et al., Defendants. | |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Geoffrey Kalender of Geoffrey Kalender, PC hereby appears as counsel for Plaintiff in this action. I am admitted to practice in this Court. Please direct all further notices and papers in this action to me at the address below.

Dated: November 6, 2026
New York, NY

By: Geoffrey Kalender
447 Broadway, 2nd Floor
New York, NY 10013
929-489-0636
gk@employmentlawgk.com
Attorney for Plaintiff