UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

---

**HILARIO GARCIA** Plaintiff,

**--- AGAINST ---**

**Y AND E BENJYS LLC, ET. AL.** Defendant,

**CIVIL ACTION# 26-CV-6885**

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK)
)SS.
COUNTY OF ALBANY )

BILLIE JO WILLIAMS being duly sworn, deposes and says:

That she is over the age of eighteen years and is not a party to this action.

That on the 30th day of October, 2026, she served the Summons in a Civil Action and Complaint and the Scheduling Order at 2:30 p.m. on Y&E BENJYS LLC, pursuant to Section 303 of the Limited Liability Company Law, one of the defendants in this action by personally delivering to and leaving with a person, SHAYLA DAVIS, black female, approximately 32 years of age, 5'6", short black hair, brown eyes and approximately 175 lbs. authorized by the Secretary of State to receive such service, at the office of the Division of Corporations of the Department of State, of the State of New York, One Commerce Plaza, 99 Washington Avenue, Albany, New York, duplicate copies thereof together with the sum of $40.00 (forty dollars), the statutory fee.

BILLIE JO WILLIAMS

Sworn to before me this
30th day of October, 2026

LAWRENCE A. KIRSCH
4787475
Notary Public - State of New York
Qualified in Albany County
Commission Expires May 31, 2027