UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
HILARIO GARCIA,

Plaintiff,

-against-

Y AND E BENJYS LLC d/b/a BENJY'S KOSHER PIZZA & SUSHI BAR, and YOSEF YAKUBOV,

Defendants.
-----------------------------------------------------------------X

**Case No.: 1:26-cv-06885 (BMC)**

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that Emanuel Kataev, Esq. hereby appears as counsel for the Defendants in the above-captioned case. I certify that I am admitted to practice in the United States District Court for the Eastern District of New York.

Dated: Jamaica, New York
November 16, 2026

Respectfully submitted,

**SAGE LEGAL LLC**
By: */s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Defendants*
*Y and E Benjys LLC d/b/a Benjy's Kosher Pizza & Sushi Bar and Yosef Yakubov*

**VIA ECF**
The Law Offices of Jacob Aronauer
Attn: Jacob Aronauer, Esq.
250 Broadway, Suite 600
New York, NY 10007
info@aronauerlaw.com

*Attorneys for Plaintiff*
*Hilario Garcia*