UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Job #: 213291

**Attorney:** JACOB ARONAUER, ESQ **PH**: (212) 323-6980
**Address**: 250 BROADWAY, SUITE 600 NEW YORK, NY 10007

| | |
|---|---|
| HILARIO GARCIA<br>*Plaintiff*<br>*vs*<br>Y AND E BENJYS d/b/a BENJY'S KOSHER PIZZA & SUSHI BAR., ETAL.,<br>*Defendant* | **Index Number**: 1:26-cv-06885-BMC<br>**Date Filed:** 10/27/2026<br>**Client's File No.:**<br>**Court Date:** |

# AFFIRMATION OF SERVICE

**SCHADRAC LAGUERRE**, affirms and says:

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On **11/12/2026**, at **3:33 PM** at: **72-72 MAIN STREET, FLUSHING, NY 11367** Deponent served the within **Summons in A Civil Action, Scheduling Order, Consent to Trial before Magistrate Judge and Complaint**

On: **YOSEF YAKUBOV**, therein named.

☐ **#1 INDIVIDUAL**
By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein.

☒ **#2 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to Paul (Co-Worker) a person of suitable age and discretion. Said premises is recipient's:[X] actual place of business / employment [] dwelling house (usual place of abode) within the state.

☐ **#3 AFFIXING TO DOOR**
By affixing a true copy of each to the door of said premises which is defendants
[] actual place of business / employment [] dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find defendant or person of suitable age and discretion thereat having called there

☐ **#4 Corporation or Partnership or Trust or LLC**
By delivering thereat a true copy of each to personally. Deponent knew said corporation/partnership/trust/LLC so served to be the corporation/partnership/trust/LLC described in said aforementioned document as said defendant and knew said individual to be thereof.

☒ **#5 MAILING**
Via first class mail on 11/16/2026, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known [] Actual Place of Residence [X] Actual Place of Business, and deposited the envelope in an official depository, personally or via agency, under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.

☒ **#6 PERCEIVED DESCRIPTION**
**Gender**: Male **Race**: Hispanic **Color of hair:** Black **Glasses**:
**Age**: 36-50 **Height**: 5ft 4in - 5ft 8in **Weight**: 161-200 Lbs. **Other Features**:

☒ **#7 MILITARY SERVICE**
I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☐ **#8 WITNESS FEES**
Subpoena Fee Tendered in the amount of

☐ **#9 OTHER**

I affirm on 11/16/2026 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

SCHADRAC LAGUERRE
2133749-DCWP