# Sage Legal LLC

**18211 Jamaica Avenue • Jamaica, NY 11423-2327 • (718) 412-2421 • emanuel@sagelegal.nyc**


November 19, 2026

**VIA ECF**
United States District Court
Eastern District of New York
Attn: Hon. Brian M. Cogan, U.S.D.J.
225 Cadman Plaza East
Courtroom 10A South
Brooklyn, NY 11201-1804

**Re: Garcia v. Y and E Benjys LLC, *et ano.***
**Case No.: 1:26-cv-6885 (BMC)**

Dear Judge Cogan:

This office represents Defendants Y and E Benjys LLC d/b/a Benjy's Kosher Pizza & Sushi Bar ("Benjys") and Yosef Yakubov ("Yakubov") (Benjys and Yakubov collectively hereinafter the "Defendants") in the above-referenced case. Defendants write, with Plaintiff's consent, to respectfully request an extension of time until December 10, 2026 for both Defendants to answer, move, or otherwise respond to the Complaint. See Fed. R. Civ. P. 6(b)(1)(A); see also Local Civil Rule 7.1(e).

Consistent with § I.E.1 of this Court's Individual Practices (the "Individual Practices"), Defendants respectfully submit as follows:

(a) according to the docket, the original deadline for the LLC to respond to the Complaint is November 20, 2026, because it was served through the New York Secretary of State on October 30, 2026, and the original deadline for Yakubov is December 3, 2026, because he was served on November 12, 2026; see ECF Docket Entries 8 and 10; see also Fed. R. Civ. P. 12(a)(1)(A)(i);

(b) there have been no previous requests for an adjournment or extension of time in this case;

(c) accordingly, no previous request has been granted or denied;

(d) Plaintiff consents to the requested extension of time;

(e) the only other dates previously scheduled are the telephonic Initial Status Conference on December 11, 2026 at 1:30 p.m. and the joint letter and Case Management Plan due five (5) days and two (2) days before it, respectively; see ECF Docket Entry 6. The requested extension does not affect those dates, and Defendants do not propose any modified schedule; and

(f) good cause exists because your undersigned was only recently retained and appeared on November 16, 2026, see ECF Docket Entry 9, and needs additional time to investigate the allegations in the Complaint, evaluate Plaintiff's claims, and explore an early resolution with Plaintiff. The requested extension will also align the two Defendants' deadlines so that they may respond to the Complaint together.

Because this request is made before the original deadline expires, the Court may extend the time for good cause. See Fed. R. Civ. P. 6(b)(1)(A). Defendants therefore respectfully request that the Court extend both Defendants' time to answer, move, or otherwise respond to the Complaint to Thursday, December 10, 2026.

Defendants thank this honorable Court for its time and attention to this case.

Dated: Jamaica, New York
November 19, 2026

Respectfully submitted,

**SAGE LEGAL LLC**

*/s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Defendants*
*Y and E Benjys LLC d/b/a Benjy's Kosher Pizza & Sushi Bar and Yosef Yakubov*

**VIA ECF**
All counsel of record

**SO ORDERED.**

______________________________
Hon. Brian M. Cogan, U.S.D.J.
Dated: Brooklyn, New York
November ___, 2026